# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

January 12, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 05-00205HG-01 |
| CASE NAME: | U.S.A. vs. REGAN VONGPRACHANH |
| ATTYS FOR PLA: | Kenneth M. Sorenson |
| | Daria Lupacchino, Case Agent, DEA |
| ATTYS FOR DEFT: | Philip H. Lowenthal |
| U.S.P.O.: | Peter D. Yoshihara |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | January 12, 2006 | TIME: | 4:20 - 4:35 |

COURT ACTION:  SENTENCING TO COUNT 2 OF THE INDICTMENT -

   The defendant is present on bond.
   The Court finds that the defendant qualifies for the "safety valve" provision as set forth in 18 U.S.C. Section 3553(f)(1)thru(5).
   The Memorandum of Plea Agreement is accepted.
   Allocution by the defendant.

   ADJUDGED: Impr of 87 mos.

   SUPERVISED RELEASE: 5 yrs upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5.  That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6.  That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7.  That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8.  That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

Special assessment: $100.
Advised of rights to appeal the sentence, etc.
RECOMMENDATIONS: Lompoc, CA.  That the defendant participate in the 500-Hour Comprehensive Drug Treatment Program, educational and vocational training programs.
MITTIMUS: That the defendant surrender for service of sentence to the institution designated by the Bureau of Prisons by 2:00 p.m. on February 23, 2006.
Motion for Voluntary surrender is GRANTED.
Government's Motion to Dismiss Count 1 of the Indictment is GRANTED.

Submitted by: David H. Hisashima, Courtroom Manager